**Order entered August 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00338-CV

**FREDERICK E. MCDONALD, IV, Appellant**

**V.**

**EMILY MCDONALD, Appellee**

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-07-09019**

## ORDER

We **GRANT** appellant's August 6, 2015 unopposed motion for an extension of time to

file a reply brief.  Appellant shall file a reply brief by **AUGUST 31, 2015**.


/s/      ELIZABETH LANG-MIERS
JUSTICE